UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WARD KLINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04925-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 9, 22 |

　　　　The motion to dismiss is granted. Kline's previous suit against the United States and the Department of Health and Human Services was dismissed for failure to exhaust. *See Kline v. United States*, Case No. 3:17-cv-07118-VC, Dkt. No. 42. Kline has now exhausted his claims under 28 U.S.C. § 2675(a), but his claims against HHS must be dismissed, because the United States is the only proper defendant in a tort action brought against a federal agency. *See* 28 U.S.C. § 2679(a); *Kennedy v. United States Postal Serv.*, 145 F.3d 1077, 1077 (9th Cir. 1998). With respect to Kline's claims against the United States, some are barred by sovereign immunity, and the remainder fail to articulate a plausible claim for relief. *See* 28 U.S.C. § 2680(h); Fed. R. Civ. P. 12(b)(6). Because any amendment would be futile, the Complaint is dismissed without leave to amend. *See Carrico v. City & Cty. Of San Francisco*, 656 F.3d 1002, 1008 (9th Cir. 2011). The Clerk of the Court is directed to close the case.

　　　　**IT IS SO ORDERED.**

Dated: December 11, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge